RECEIVED
AUG 12 2025
PRO SE OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Merc Anthony Anderson

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

New York City

_____
(full name(s) of the defendant(s)/respondent(s))

25 CV 6679

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1. *Are you incarcerated?*  ☐ Yes  ☒ No  (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes  ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
   directing the facility where I am incarcerated to deduct the filing fee from my account in installments
   and to send to the Court certified copies of my account statements for the past six months. *See* 28
   U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes  ☒ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

   (a) Business, profession, or other self-employment  ☐ Yes  ☒ No
   (b) Rent payments, interest, or dividends  ☐ Yes  ☒ No

(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No

(d) Disability or worker's compensation payments ☐ Yes ☒ No

(e) Gifts or inheritances ☐ Yes ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☐ Yes ☒ No

(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

State and Federal Low Income Assistance

4. How much money do you have in cash or in a checking, savings, or inmate account?

$0

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

$0

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

$0

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

N/A

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____
Signature

| | |
|---|---|
| Dated | |
| Mark Anthony Anderson | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 3046 La Salle Ave Basement Apt The Bronx, NY 10463 | |
| Address | City | State | Zip Code |
| N/A | |
| Telephone Number | E-mail Address (if available) |

thecovertlibertarian @ @tutanota

IFP Application, page 2

Client Grievance Procedure – Appendix A



**Department of
Homeless Services**

Seth Diamond
Commissioner

## CLIENT GRIEVANCE FORM

**Clients have the right to bring complaints without fear of reprisal or being deprived of shelter.**

**INSTRUCTIONS:** Clients must complete <u>Section I</u> and submit this form, along with any supporting materials, to the Program/Facility Director or to his/her Case Manager. If the subject of this form concerns that Director or Case Manager, clients should submit this form to the DHS Office of Client Advocacy ("OCA"). Any Director, or OCA, receiving a completed form must complete <u>Section II</u> and return it to the Client within seven (7) business days.

**Section I:** (To be completed by the Client)

Name: Mark Anderson

Address/Facility/Program: Atlantic Armory Shelter

Social Security/Case Number: 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    Phone: 929-754-4511

Signature: *(signature)*    Date: 6/1/25

Describe the Grievance (attach additional sheets and supporting documentation as appropriate):

When walking down the stairs this morning, I tripped and slipped 2 on 2 sets of stairs. There was no wet floor signs. I want copies of

**Section II:** (To be completed by the Director, or OCA, in seven (7) days) disposition of grievance

Name/Title:

Facility/Program:

Address:

Phone:    Date Received:

Signature:

**Written Explanation or Resolution of Response (attach additional sheets and supporting documentation as appropriate):**

Department Of Homeless Services, 33 Beaver Street, New York, NY 10004
http://www.nyc.gov/html/dhs/html/home/home.shtml



Client Grievance Procedure – Appendix B

**Section II:** (To be completed by the Director of Client Advocacy or functional equivalent, and by the appropriate Program Administrator)

Date Received: _____

Record of review:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Date of Response: _____

Signature: _____
          Director of DHS Client Advocacy, or designee

Signature: _____
          Program Administrator, or designee



Client Grievance Procedure – Appendix A



**Department of
Homeless Services**

Seth Diamond
Commissioner

## CLIENT GRIEVANCE FORM

**Clients have the right to bring complaints without fear of reprisal or being deprived of shelter**.

**INSTRUCTIONS:** Clients must complete <u>Section I</u> and submit this form, along with any supporting materials, to the Program/Facility Director or to his/her Case Manager. If the subject of this form concerns that Director or Case Manager, clients should submit this form to the DHS Office of Client Advocacy ("OCA"). Any Director, or OCA, receiving a completed form must complete <u>Section II</u> and return it to the Client within seven (7) business days.

**Section I:** (To be completed by the Client)

Name: Merit Anderson

Address/Facility/Program: Atlantic Armory Shelter

Social Security/Case Number: 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    Phone: 929-754-4511

Signature: _____    Date: _____

**Describe the Grievance** (attach additional sheets and supporting documentation as appropriate):

A staff member said I could not write a letter keying on the floor DHS would not allow it

**Section II:** (To be completed by the Director, or OCA, in seven (7) days)

Name/Title: _____

Facility/Program: _____

Address: _____

Phone: _____    Date Received: _____

Signature: _____

**Written Explanation or Resolution of Response** (attach additional sheets and supporting documentation as appropriate):

_____
_____
_____

Department Of Homeless Services, 33 Beaver Street, New York, NY 10004
http://www.nyc.gov/html/dhs/html/home/home.shtml



Client Grievance Procedure -- Appendix B

**Section II:** (To be completed by the Director of Client Advocacy or functional equivalent, and by the appropriate Program Administrator)

Date Received: _____

Record of review:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Date of Response: _____


Signature: _____
            Director of DHS Client Advocacy, or designee

Signature: _____
            Program Administrator, or designee



Client Grievance Procedure – Appendix A



**Department of
Homeless Services**

Seth Diamond
Commissioner

### CLIENT GRIEVANCE FORM

<u>**Clients have the right to bring complaints without fear of reprisal or being deprived of shelter**</u>.

**INSTRUCTIONS:** Clients must complete <u>Section I</u> and submit this form, along with any supporting materials, to the Program/Facility Director or to his/her Case Manager. If the subject of this form concerns that Director or Case Manager, clients should submit this form to the DHS Office of Client Advocacy ("OCA"). Any Director, or OCA, receiving a completed form must complete <u>Section II</u> and return it to the Client within seven (7) business days.

<u>Section I:</u> (To be completed by the Client)

Name: Mark Anderson

Address/Facility/Program: Atlantic Armory Shelter

Social Security/Case Number: 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     Phone: 929-754-4511

Signature: Mark Anderson     Date:

Describe the Grievance (attach additional sheets and supporting documentation as appropriate):

The X ray scanner violates my 4th amendment right to unlawful search and seizure without a court order. I want copies of the disposition of this grievance

<u>Section II:</u> (To be completed by the Director, or OCA, in seven (7) days)

Name/Title:

Facility/Program:

Address:

Phone:     Date Received:

Signature:

**Written Explanation or Resolution of Response** (attach additional sheets and supporting documentation as appropriate):

Department Of Homeless Services, 33 Beaver Street, New York, NY 10004
http://www.nyc.gov/html/dhs/html/home/home.shtml



If tho is the incorrect address for the
pro sae lawsuit office that maved please
send it aer by inter office mail. Do NOT
Return to senders!

Sincerely,

Merk Andersen

12/30/1989
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
F14601476284

3046 La Salle Ave
BSMT Apartment
The Bronx, NY 10461

Mark Anderson
3046 La Salle Ave
Basement Apartment
The Bronx, NY 10461

RECEIVED
AUG 1 2 2025
PRO SE OFFICE

Pro Se Legal Office
40 Foley Square
New York, NY 10007

10007

U.S. POSTA
FCM LETTE
BRONX, NY
AUG 08, 2025
$1.65
R2305K13300